Bryan E. Busch, Jason Brian Godwin, Busch, Slipakoff & Schuh, LLP, Atlanta, GA, for Plaintiff–Appellant.

J. James Johnson, Schklar & Heim, LLC, Atlanta, GA, for Defendants–Appellees.

Before BARKETT, PRYOR and COX, Circuit Judges.

**PER CURIAM:**

The district court granted Legacy AH, LLC's motion for summary judgment on its Counterclaim against Downtown Sports, Inc., Jeffrey Landau, and Amy Landau ("Counterclaim Defendants"). The Counterclaim Defendants appeal, presenting a single issue; they contend that the district court's summary judgment order "erroneously interpreted Georgia state case law, particularly *Savannah Yacht Corp. v. Thunderbolt Marine, Inc.,* 297 Ga.App. 104, 676 S.E.2d 728 (2009)." (Appellants' Br. at 9.)

We have carefully considered the arguments of the parties and conclude that the Counterclaim Defendants' arguments were properly rejected by the district court for the reasons explained in the court's well-reasoned opinion. (*See* Opinion & Order, Dkt.134 at 26–45.)

**AFFIRMED.**

**Chris BAKER, Richard Batto, Chris McMeekin, Plaintiffs–Appellants,**

**v.**

**RBS WORLDPAY, INC., Royal Bank of Scotland, PLC., Citizens Financial Group, Inc., Defendants–Appellees.**

**No. 11–14835**

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

May 25, 2012.

Donald Randolph James, Jr., William J. Baxley, Elizabeth Wood McElroy, Baxley

Dillard Dauphin McKnight & Barclift, Birmingham, AL, for Plaintiffs–Appellants.

Thomas A. Davis, Yvonne N. Maddalena, Rhonda S. Nabors, Jackson Lewis, LLP, Birmingham, AL, for Defendants–Appellees.

Before DUBINA, Chief Judge, HULL and MARTIN, Circuit Judges.

PER CURIAM:

This is an appeal from the district court's order granting summary judgment in favor of defendant-appellees RBS WorldPay, Inc., Royal Bank of Scotland, PLC, and Citizens Financial Group, Inc. and against plaintiff-appellants Chris Baker, Richard Batto, and Chris McMeekin. Appellants argue that the district court erred when it granted summary judgment against their claims for breach of contract, conversion, and unjust enrichment.

This court reviews a grant of summary judgment *de novo*. *Levinson v. Reliance Standard Life Ins. Co.*, 245 F.3d 1321, 1325 (11th Cir.2001).

After reviewing the record and reading the parties' briefs, we affirm the district court's order granting summary judgment in favor of Appellees based on the district court's well-reasoned order filed on October 4, 2011.

**AFFIRMED.**